[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED SM**
OCT 13 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) **Marci Webber**

v.

Defendant(s) **IDHS - Ricardo Fernandez**

Case No: **1:21-cv-05444**
**Judge Charles P. Kocoras**
**Magistrate Judge Sunil R. Harjani**
**PC 10/Direct**

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **Marci Marie Webber**, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (**NOTE: This item must be completed.**)

   **Harold Hirshman at Dentons Law** } they cannot do the Habeas Corpus
   **Equip for Equality**

   but I have been unable to find an attorney because:

   **I am indigent and have no access to the internet**

3. I declare that (check all that apply):
   (*Now:*)
   ☐ ~~I~~ am not currently represented by an attorney requested by the Court in any federal criminal or civil case.

   OR
   ☒ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page. **Brian Michalek - 20 CV 07807**

   (*Earlier:*)
   ☐ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR
   ☒ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Brian Michalek has replaced Dan Gallagher on Judge Norgle's assigned case 20CV07807 but not 21CV00656 before Judge Kocoras which was dismissed without prejudice after Dan tendered a status report with incorrect and damaging information and missed the window to show that the state remedy on the motion to stay my conditional release had been exhausted. After the IL Supreme Court denied hearing that motion in May 2020 a Court report (2/14/21) stating I was in "full remission" recommending release was attached to a new motion to then lift the stay in the Appellate Court in March 2021 causing the state remedy to no longer be exhausted. Dan failed to move anything forward and was discharged. I am within my right to refile.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☑ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school ☐ Some high school ☐ High school graduate

   ☐ Some college ☐ College graduate ☑ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

*Marco M Webber*
Movant's Signature

4200 N. Oak Park Av
Street Address

Oct 5, 2021
Date

Chicago, IL 60634
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| | | | |
|---|---|---|---|
| Case Name: | Webber v Ricardo Fernandez (IDHS) et al | Case No.: | 1:20 CV 07807 Judge Charles Norgle |
| Attorney's Name: | Brian Michalek | The case is still pending: | Yes ☑ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |
| Case Name: | Webber v Ricardo Fernandez (IDHS) et al | Case No.: | The above & 21 CV 00656 Judge Charles Kocoras |
| Attorney's Name: | | The case is still pending: | Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |
| Case Name: | | Case No.: | |
| Attorney's Name: | | The case is still pending: | Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]